EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
MEGAN WESSEL, ESQ.
Nevada Bar No. 14131
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:	(702) 363-5100
Facsimile:	(702) 363-5101
E-mail: ecarranza@messner.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY CASTRO, an individual; CANDY CASTRO on behalf of ISAAC CORDOVA, a Minor child;<br><br>           Plaintiffs,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>           Defendants. | CASE NO. 2:22-cv-01318-JAD-VCF |

**STIPULATION AND ORDER TO RESCHEDULE HEARING RE: STIPULATION TO SUBBMIT CASE TO SETTLEMENT CONFERENCE OR ALTERNATIVE METHOD OF DISPUTE RESOLUTION AND STAY DISCOVERY PENDING COMPLETION**

Plaintiffs, CANDY CASTRO (hereinafter referred to as "Ms. Castro") and ISAAC CORDOVA (hereinafter referred to as "Isaac") (collectively referred to herein as "Plaintiffs"), by and through counsel, Patrick W. Kang, Esq., Kyle Tatum, Esq. and Tiffany S. Yang, Esq. of the law firm Kang & Associates and Michael N. Aisen, Esq. and Defendant, COSTCO WHOLESALE

CORPORATION (hereinafter referred to as "Costco") by and through counsel, Edgar Carranza, Esq. and Megan Wessel, Esq. of MESSNER REEVES, LLP, hereby stipulate to continue the hearing date set by this Court to discuss the stipulation to submit this case to settlement conference, mediation or other method of dispute resolution and stay all discovery and deadlines pending completion of the same as follows:

WHEREAS, this Court scheduled a video hearing for May 16, 2023, at 10:00 am to consider the stipulation to submit this matter to a settlement conference, mediation or an alternate method of dispute resolution in an effort to explore a potential early resolution as contemplated by Local Rule ("LR") II 16-5;

WHEREAS, trial counsel for Costco has a conflict with the above date and time set by this Court; and

WHEREAS, the Parties agree that good cause exists for the continuance of the hearing to allow for the meaningful participation of both parties.

THEREFORE, the Parties hereby stipulate and agreed as follows:

1. Plaintiffs filed their Complaint on June 27, 2022, in the Eighth Judicial District Court.

2. On August 8, 2022, Plaintiffs filed a Request for Exemption from Arbitration, in which they detailed their claimed damages.

3. On August 16, 2022, Costco filed its Notice of Removal of this action to this Court for complete diversity jurisdiction pursuant to 28 U.S.C. 1332, 1441 and 1446 [Doc No. 1].

4. On May 2, 2023, the Parties filed a stipulation to submit this case to settlement conference or alternative method of dispute resolution and stay discovery pending completion

pursuant to LR II 16-5 [Doc No. 26].

5. On May 3, 2023, this Court entered an order setting a video hearing for May 16, 2023, at 10:00 am to consider the above stipulation [Doc. No. 27].

6. Trial counsel for Costco is unavailable for the hearing as currently scheduled and has notified Plaintiffs of his unavailability.

7. In an effort to move this matter forward, the Parties have agreed to the following dates on which both are available for the above hearing:

    a) May 15, 2023 (am).

    b) May 18, 2023 (am).

    c) May 23, 2023 (pm).

    d) May 25, 2023 (am).

. . . .

8. The Parties request that this Court reschedule the above hearing for one of the dates/times indicated herein on which both have determined they are available to participate.

DATED this 9th day of May, 2023.  DATED this 9th day of May, 2023.

**MESSNER REEVES, LLP**                    **Kang and Associates**

By: /s/ Edgar Carranza                         By: /s/ Kyle Tatum
Edgar Carranza, Esq.                            Patrick W. Kang, Esq.
Nevada Bar No. 5902                             Nevada Bar No. 10381
Megan Wessel, Esq.                              Kyle Tatum, Esq.
Nevada Bar No. 14131                            Nevada Bar No. 13264
8945 West Russell Road, Suite 300               6420 Spring Mountain Rd, Suite 16
Las Vegas, Nevada 89148                         Las Vegas, Nevada 89146
Attorney for Defendant
COSTCO WHOLESALE                                and
CORPORATION
                                                Michael N. Aisen, Esq.
                                                Nevada Bar No. 11036
                                                723 S. Third Street
                                                Las Vegas, Nevada 89101
                                                Attorneys for Plaintiffs
                                                CANDY CASTRO, individually and on
                                                behalf of ISAAC CORDOVA

IT IS HEREBY ORDERED that the video conference hearing scheduled for May 16, 2023, is rescheduled to 10:00 AM, May 15, 2023.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, May 12, 2023.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-9-2023 _____

**Patti Sherretts**

| | |
|---|---|
| **From:** | ktatum acelawgroup.com <ktatum@acelawgroup.com> |
| **Sent:** | Tuesday, May 9, 2023 10:48 AM |
| **To:** | Patti Sherretts; pkang acelawgroup.com |
| **Cc:** | Edgar Carranza; hcaifano acelawgroup.com; mike@aisengill.com |
| **Subject:** | Re: Costco adv. Castro |

**[ EXTERNAL EMAIL ]**

You can affix my e-signature on behalf of the Plaintiff.

Thank you.


--
Kyle R. Tatum, Esq.
Partner
*Se habla español*



KANG & ASSOCIATES, PLLC
ACE LAW GROUP
6420 W. Spring Mountain Rd., Ste 16
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
www.acelawgroup.com