EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: ecarranza@messner.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CANDY CASTRO, an individual; CANDY CASTRO on behalf of ISAAC CORDOVA, a Minor child;<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | CASE NO.  2:22-cv-01318-JAD-MDC<br><br><br><br>ECF No. 35 |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco"), by and through counsel, Edgar Carranza, Esq. and Megan E. Wessel, Esq. of the law firm of MESSNER REEVES, LLP and Plaintiffs, CANDY CASTRO, individually and on behalf of ISAAC CORDOVA her minor child, by and through counsel Patrick W. Kang, Esq. of Kang & Associates, PLLC and Michael N. Aisen, Esq., hereby stipulate as follows:

1. Plaintiffs filed their Complaint on or about June 27, 2022 in the Eighth Judicial District Court, Clark County, Nevada.

2. Defendant, Costco filed its Answer on or about July 19, 2022.

3. This matter was removed to this Court on August 16, 2022.

4. The Parties held their FRCP 26(f) conference on September 6, 2022, after which the parties filed the Stipulated Discovery Plan and Scheduling Order and embarked on discovery.

5. The Parties have been able to reach a mutually acceptable resolution to this matter which is memorialized in the Settlement and Release Agreement executed contemporaneous hereto.

6. In reaching the resolution Costco does not admit any liability and continues to deny the allegations in the Complaint.  Nonetheless, Plaintiffs hereby stipulates to waive any and all claims against Defendant, Costco and dismiss this action with prejudice in exchange for the agreed to resolution.

7. The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement.   Therefore, any and all claims by any other party against Costco are hereby extinguished.

8. There is no trial date currently set in this matter.

9. For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

10. Plaintiffs and Defendant will bear their own attorney's fees and costs related to this litigation.

DATED this 10th day of ~~October, 2023~~ May, 2024.

**MESSNER REEVES, LLP**

By: _____
Edgar Carranza, Esq.
Nevada State Bar No. 5902
Megan E. Wessel, Esq.
Nevada State Bar No. 14131
3050 S. Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

DATED this 8 day of ~~October, 2023~~ May, 2024.

Kang & Associates, PLLC

By: _____
Patrick W. Kang, Esq.
Nevada State Bar No. 10381
Kyle Tatum, Esq.
Nevada State Bar No. 13264
Tiffany S. Yang, Esq.
Nevada State Bar No.
6480 W. Spring Mountain Rd, Suite 1
Las Vegas, Nevada 89146

and

Michael N. Aisen, Esq.
Nevada State Bar No. 11036
723 S. Third Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs
CANDY CASTRO, individually and on behalf of minor ISAAC CORDOVA

## ORDER

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 10, 2024